IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALICIA BULLOCK | : |
| | :    CIVIL ACTION |
| v. | : |
| | :    NO. 19-1183 |
| CITY OF PHILADELPHIA | : |

## ORDER

**AND NOW**, this 30th day of July 2020, upon consideration of Defendant's Motion to Dismiss Plaintiff's Amended Complaint (ECF No. 3) and Plaintiff's Response in Opposition (ECF No. 12), it is **ORDERED** that the Motion is **GRANTED IN PART AND DENIED IN PART**, as follows:

1. Count II of the Amended Complaint (ECF No. 8), alleging a hostile work environment, is **DISMISSED WITHOUT PREJUDICE**;

2. Defendant's Motion is **DENIED** in all other respects;

3. Plaintiff may file an amended complaint within 14 days of the date hereof.

**IT IS SO ORDERED.**

BY THE COURT:


/s/ R. Barclay Surrick
**R. BARCLAY SURRICK, J.**